CODY K.J. MARRIOTT, ESQ. (SBN 14147)
JOSEPH E. BALKENBUSH, ESQ. (SBN 13306)
SILVER STATE LAW LLC
61 Continental Drive
Reno, Nevada 89509
Telephone: (775) 786-7445
cody@sslawnv.com
joe@sslawnv.com
*Attorneys for Defendant Kawcak Masonry, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER MCDOUGALL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KAWCAK MASONRY, INC., a Nevada Corporation,<br><br>Defendant. | Case No.: 3:26-cv-00161-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND ANSWER DEADLINE**<br>(Second Request) |

Defendant KAWCAK MASONRY, INC., a Nevada Corporation ("KAWCAK"), by and through its counsel of record, SILVER STATE LAW LLC, and Plaintiff CHRISTOPHER MCDOUGALL, an individual ("McDougall"), by and through his counsel, GREENBERG GROSS LLP, hereby stipulate as follows:

1.      On March 6, 2026, McDougall filed the *Complaint for Damages*.  ECF No. 1.

2.      On March 6, 2026, the Court issued the *Summons*.  ECF No. 6.

3.      On March 11, 2026, KAWCAK was served with the Summons and Complaint.

4.      Pursuant to Fed. R. Civ. P. 12(a)(1)(A), the responsive pleading of KAWCAK is due on April 1, 2026.

5.      The Parties agreed to extend the deadline for KAWCAK to file a responsive pleading on April 1, 2026 and the Court issued an Order granting the extension of time on that same date.



Silver State Law
61 Continental Drive
Reno, NV 89509
(775) 786-7445

6. The Parties agree to now extend the deadline for KAWCAK to file a responsive pleading on Tuesday, May 5, 2026.

7. The Parties submit this stipulation in good faith and not for the purposes of delay.

8. This is the second extension request.

9. IT IS SO STIPULATED.

DATED this 1st day of May, 2026.

SILVER STATE LAW

By */s/ Cody K.J. Marriott, Esq.*
Cody K.J. Marriott, Esq. (SBN 14147)
Joseph E. Balkenbush, Esq. (SBN 13306)
*Attorneys for Kawcak Masonry, Inc.*

GREENBERG GROSS LLP

By */s/John M. Orr*
Jemma E. Dunn, Esq. (SBN 16229)
Matthew T. Hale, Esq. (SBN 16880)
John M. Orr, Esq. (SBN 14251)
*Attorneys for Christopher McDougall*

## **ORDER**

IT IS SO ORDERED.

_____
CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: May 4, 2026.



Silver State Law
61 Continental Drive
Reno, NV  89509
(775) 786-7445