JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Kawcak Masonry, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER MCDOUGALL, an Individual<br><br>Plaintiff(s),<br><br>vs.<br><br>KAWCAK MASONRY, INC., a Nevada corporation,<br><br>Defendant. | Case No.:   3:26-cv-00161-ART-CLB<br><br>**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL** |

I, Timothy Kawcak, Owner of Defendant Kawcak Masonry, Inc. ("Kawcak") hereby request that Simons Hall Johnson PC, by and through Jonathan A. McGuire Esq., be substituted as the law firm of record in this case on behalf of Kawcak Masonry, Inc. in the place and stead of Cody K.J. Marriott, Esq. and Joseph Balkenbush, Esq. of the law firm of Silver State Law LLC.

DATED this 5th day of May 2026.

Tim Kawcak
_____
TIMOTHY KAWCAK
Kawcak Masonry, Inc.

I, Cody K.J. Marriott, Esq., Counsel for Plaintiff Christopher McDougall ("McDougall") hereby request that Simons Hall Johnson PC, by and through Jonathan A. McGuire Esq., be substituted as the law firm of record in this case on behalf of Kawcak in the place and stead of Cody

Signature: *Tim Kawcak*
Tim Kawcak (May 5, 2026 14:42:58 PDT)

Email: tim@kawcakmasonry.net

K.J. Marriott, Esq. and Joseph Balkenbush, Esq. of the law firm of Silver State Law LLC.

DATED this 5th day of May 2026.

_____
CODY K.J. MARRIOTT, Esq.
Counsel
Silver State Law LLC

I, Jonathan A. McGuire, Esq. hereby agree that Simons Hall Johnston PC, by and through myself, will be substituted as the law firm of record for Kawcak in the place and stead of Cody K.J. Marriott, Esq. and Joseph Balkenbush, Esq. of the law firm of Silver State Law LLC.

DATED this 5th day of May 2026.

*s/ Jonathan McGuire*
_____
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.
Reno, Nevada 89511
Telephone: (775) 785-0088

**IT IS SO ORDERED:**

Dated: ___May 5, 2026___

_____
UNITED STATES MAGISTRATE JUDGE

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088