JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Kawcak Masonry, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHRISTOPHER MCDOUGALL, an Individual

Plaintiff(s),

vs.

KAWCAK MASONRY, INC., a Nevada corporation,

Defendant.

Case No.:   3:26-cv-00161-ART-CLB

**ORDER GRANTING STIPULATION FOR EXTENSION OF RESPONSIVE PLEADING DEADLINE [THIRD REQUEST]**

Plaintiff CHRISTOPHER MCDOUGALL ("Plaintiff"), by and through his counsel of record GREENBERG GROSS L.L.P. and Defendant KAWCAK MASONRY, INC. ("Defendant"), by and through its counsel of record, SIMONS HALL JOHNSTON PC, hereby stipulate and agree that Defendant's responsive pleading deadline, which is currently set for Tuesday, May 5, 2026, be extended for a period of fourteen (14) days, to Tuesday, May 19, 2026.

Defendant recently retained Simons Hall Johnston PC to represent it in this matter. Counsel believes that they need adequate time to review the Complaint, as well as time to investigate the claims in order to prepare a response to the Complaint. As a result, Defendant believes a fourteen (14) day extension will provide it with enough time to complete the drafting of its forthcoming responsive pleading.

This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay.

/ / /

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

**SIMONS HALL JOHNSTON PC**

690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

Dated: May 5, 2026

**GREENBERG GROSS LLP**

/s/ *Jemma Dunn*

Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
John M. Orr, Esq.
1980 Festival Plaza Drive, Ste. 730
Las Vegas, Nevada 89135

*Counsel for Plaintiff*

Dated: May 5, 2026

**SIMONS HALL JOHNSTON PC**

/s/*Jonathan McGuire, Esq.*

Jonathan A. McGuire, Esq.
690 Sierra Rose Drive
Reno, Nevada 89511

*Counsel for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated this 6th day of May 2026.

_____
UNITED STATES MAGISTRATE JUDGE